```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID W. KEEN,<br><br>　　　　　Defendant. | CASE NO.  1:09-MJ-00231-SMS<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Brian W. Enos, Assistant United States Attorney, hereby moves to dismiss the Information filed against David W. Keen on or about September 16, 2009, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 24, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　　/s/ Brian W. Enos　　　　　
　　　　　　　　　　　　　　　　　　　　BRIAN W. ENOS
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

# O R D E R

IT IS HEREBY ORDERED that the Information filed on September 16, 2009, against David W. Keen, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __January 24, 2014__           _____
                                      UNITED STATES MAGISTRATE JUDGE